

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00365-CV

| | | |
|---|---|---|
| Andy A. Atchley and Karri D. Atchley | § | From the 153rd District Court |
| v. | § | of Tarrant County (153-252122-11) |
| Chase Home Finance LLC, and Federal National Mortgage Association | § | June 20, 2013 |
| | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed in part, modified in part, and affirmed as modified. We (1) reverse the trial court's order as to Appellants' fraudulent lien claim and remand this case to the trial court for further proceedings on that claim and (2) modify the portion of the order awarding Appellees $6,000 for attorneys' fees to reflect that Appellees are awarded $5,000 for attorneys' fees. We affirm the trial court's order as modified.

It is further ordered that Appellants Andy A. Atchley and Karri D. Atchley shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
   Justice Bill Meier